Rel: June 13, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0831

Affordable Property, Inc. v. Keith Koz, LLC; GAPCO, Inc.; AAA Warehousing & Moving, Inc.; and The Ballard Family Trust (Appeal from Mobile Circuit Court: CV-21-900728).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Bryan, Mendheim, and McCool, JJ., concur.